BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant NAKAMURA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-20034-JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| JOSHIE YASHIN NAKAMURA, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Thursday, October 28, 2010 at 9:00 a..m., may be continued to Thursday, November 4, 2010, at 9:00 a.m.

The reason for the continuance is that defense counsel will be unavailable for a short period of time due to medical issues.

Dated: 10/27/10                                       _____/s/_____
                                                      NICHOLAS P. HUMY
                                                      Assistant Federal Public Defender

Dated: 10/27/10                                       _____/s/_____
                                                      JEFF NEDROW
                                                      Assistant United States Attorney

1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-20034-JF |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |
| v. | ) ) | |
| JOSHIE YASHIN NAKAMURA, | ) ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

The parties have jointly requested a continuance of the status hearing set for Thursday, October 28, 2010.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Thursday, October 28, 2010, is continued to November 4, 2010 at 9:00 a.m.

Dated: 11/3/10

_____
JEREMY FOGEL
United States District Judge