BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant NAKAMURA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-01-20034 JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | |
| JOSHIE YASHIN NAKAMURA, | |
| Defendant. | |

**STIPULATION**

Defendant Joshie Nakamura, by and through Assistant Federal Public Defender Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Jeffrey D. Nedrow, hereby stipulate that, subject to the Court's approval, the hearing date in the above-captioned matter shall be continued from Thursday, November 4, 2010, at 9:00 a.m., to Thursday, December 2, 2010, at 9:00 a.m.

The reason for the requested continuance is that defense counsel is unavailable due to his medical treatment schedule.

///

///

Stipulation and [Proposed] Order
No. CR 01-20034 JF                                                  1

IT IS SO STIPULATED

Dated: November 2, 2010

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: November 2, 2010

_____/s/_____
JEFFREY D. NEDROW
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing set for Thursday, November 4, 2010, at 9:00 a.m., shall be continued to Thursday, December 2, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 11/4/10

_____
THE HONORABLE JEREMY FOGEL
United States District Court